# Schedule A

**DISCOVERY INC - A**             Ticker:   **DISCA**      Cusip:   **25470F104**

Class Period: 03/22/2021 to 03/29/2021

| | | DATE | SHARES | PRICE |
|---|---|---|---|---|
| **Kevin Allen Lee** | | | | |
| | **Purchases:** | 3/29/2021 | 2 | $42.90 |