UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CHEW KING TAN, Individually and on Behalf of
All Others Similarly Situated,

                    *Plaintiffs*,

    - against -

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY & CO. LLC,

                    *Defendants*.

THIS DOCUMENT RELATES TO:
1:21-cv-08413-JSR
1:21-cv-08618-JSR
1:21-cv-08752-JSR
1:21-cv-08897-JSR
1:21-cv-10286-JSR
1:21-cv-10791-JSR
1:22-cv-00169-JSR

ORDER

------------------------------------x

JED S. RAKOFF, U.S.D.J.:

On July 18, 2023, defendants in the above-captioned coordinated actions moved to dismiss plaintiffs' second amended complaint. Upon consideration of the parties' written submissions, the Court hereby grants defendants' motion with prejudice. An opinion explaining the reasoning for this decision will follow in due course. The Clerk is respectfully directed to close the motions in the following related cases: ECF No. 67 in 1:21-cv-08413-JSR; ECF No. 64 in 1:21-cv-08618-JSR; ECF No. 69 in 1:21-cv-08752-JSR; ECF No. 64 in 1:21-cv-08897-JSR; ECF No. 57 in 1:21-cv-10286-JSR; ECF No. 52 in 1:21-cv-10791-JSR; and ECF No. 57 in 1:22-cv-00169-JSR.

Dated: New York, New York
      March __, 2024

SO ORDERED

_____
HONORABLE JED S. RAKOFF
United States District Judge

1